**Fill in this information to identify the case:**

Debtor 1: Lissa Carmell Cole

Debtor 2: ______________________
(Spouse, if filing)

United States Bankruptcy Court for the Eastern District of Pennsylvania
(State)

Case number: 25-13049-djb

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of Creditor:** FREEDOM CREDIT UNION

**Court Claim No.** (if known): 2

**Last four digits** of any number you use to identify the debtor's account: XXXXXX3189

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?'**

☒ No
☐ Yes. Date of last notice: ____________________

## Part 1: Itemize Postpetition Fees, Expenses and Charges

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in the case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.**

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | $0.00 |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $0.00 |
| 3. | Attorney fees | | (3) | $0.00 |
| 4. | Filing fees and court costs | | (4) | $0.00 |
| 5. | Bankruptcy/Proof of claim fees | 9/17/2025 | (5) | $612.50 |
| 6. | Appraisal/broker's price opinion fees | | (6) | $0.00 |
| 7. | Property inspection fees | | (7) | $0.00 |
| 8. | Tax advances (non-escrow) | | (8) | $0.00 |
| 9. | Insurance advances (non-escrow) | | (9) | $0.00 |
| 10. | Property Preservation expenses. Specify: ________ | | (10) | $0.00 |
| 11. | Suspense Balance | | (11) | -$0.00 |
| 12. | Other. Specify: POC 410A Preparation | 9/17/2025 | (12) | $325.00 |
| 13. | Other. Specify: Plan Review | 9/3/2025 | (13) | $612.50 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. §1322(b)(5) and Bankruptcy Rule 3002.1.

## Part 2: Sign Here

The person completing this notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

/s/ Christopher A. DeNardo
Signature

Date: 11/11/2025

**Print:** Christopher A. DeNardo 78447
Heather Riloff 309906
Leslie J. Rase 58365
First Name Middle Name Last Name

Title Attorney

Company LOGS Legal Group LLP

Address 985 Old Eagle School Road, Suite 514
Number Street

Wayne, PA 19087
City State ZIP Code

Contact phone (610) 278-6800

Email logsecf@logs.com

## Certificate of Service

I hereby certify that a copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses and Charges was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on this Date:

Date: 11/11/2025

Chapter 13 Trustee: Kenneth E. West, Office of the Chapter 13 Standing Trustee

Trustee Address: 190 N. Independence Mall West, Suite 701, Philadelphia, PA 19106

Trustee Email: ecfemails@ph13trustee.com

Counsel's Name: Michael A. Cibik, Esquire, Cibik Law, P.C.

Counsel's Address: 1500 Walnut Street, Suite 900, Philadelphia, PA 19102

Counsel's Email: help@cibiklaw.com

Debtor's Name: Lissa Carmell Cole

Debtor's Mailing Address: 6822 N Gratz St, Philadelphia, PA 19126

/s/ Christopher A. DeNardo

Christopher A. DeNardo 78447
Heather Riloff 309906
Leslie J. Rase 58365