**Statement of Earnings For:** Lissa C Cole

| | | | | | |
|---|---|---|---|---|---|
| Period Begin | 6/14/2025 | Company Id | CC25 | Employee Number | Laboratory Charter School of |
| Period End | 6/27/2025 | Department | 2380 | Pay Group Bi-Weekly | 926 W Sedgley Avenue |
| Check Date | 7/2/2025 | 10/12 Mo EE | 12 Mo EE | | Philadelphia, PA 19140 |
| Federal Filing | Married Filing | Res State PA | | | |
| Fed Exempts | | Work State PA | | | PA Exemptions |
| Fed Additional | $10.00 | Local Filing | PSD Code: 510101 | | PA Additional |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Local Exemptions | Local Additional |
|---|---|---|---|---|---|
| V5862374 | $0.00 | $1,846.15 | $1,380.34 | | |

Check Message

## EARNINGS  *Not Included in Totals   ^Hrs/Units = Units (Units not included in Totals)

| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Units | YTD Dollars |
|---|---|---|---|---|---|
| Regular | 23.0769 | 80.00 | 1,846.15 | 412.00 | 9,507.68 |
| *ER Mand 5% s | | | 92.31 | | 540.01 |
| Sick | | 0.00 | 0.00 | 8.00 | 184.62 |
| Holiday | | 0.00 | 0.00 | 48.00 | 1,107.70 |

## TAXES

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 114.46 | 669.60 |
| MED EE | 26.77 | 156.60 |
| FEDERAL WH | 68.15 | 384.45 |
| PA WH | 56.68 | 331.58 |
| PHILADELPHIA | 69.23 | 405.00 |
| PA SUI EE | 1.29 | 7.56 |

## DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| EE Mand 5% s | 92.31 | 540.01 |
| 403(b) Roth | 18.46 | 92.30 |
| 403b pretax | 18.46 | 92.30 |

| Total: | 80.00 | 1,846.15 | 468.00 | 10,800.00 | Total: | 336.58 | 1,954.79 | Total: | 129.23 | 724.61 |
|---|---|---|---|---|---|---|---|---|---|---|

**CURRENT PERIOD LEAVE ACCRUAL**

**DISTRIBUTION OF NET PAY**

| | Checking | Account: ####6591 | Deposit Amount: | 1,380.34 |
|---|---|---|---|---|

**Statement of Earnings For:** Lissa C Cole

**Laboratory Charter School of**
926 W Sedgley Avenue
Philadelphia, PA 19140

| Period Begin | 6/28/2025 | Company Id | CC25 | Employee Number | [redacted] |
|---|---|---|---|---|---|
| Period End | 7/11/2025 | Department | 2380 | Pay Group | Bi-Weekly |
| Check Date | 7/16/2025 | 10/12 Mo EE | 12 Mo EE | | |

| Federal Filing | Married Filing | Res State PA | | PA Exemptions | | PA Additional | |
|---|---|---|---|---|---|---|---|
| Fed Exempts | | Work State PA | | | | | |
| Fed Additional | $10.00 | Local Filing | PSD Code: 510101 | Local Exemptions | | Local Additional | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V5892103 | $0.00 | $1,846.15 | $1,380.52 | |

**EARNINGS** *Not included in Totals  ^Hrs/Units = Units (Units not included in Totals)

| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Units | YTD Dollars |
|---|---|---|---|---|---|
| Regular | 23.0769 | 80.00 | 1,846.15 | 492.00 | 11,353.83 |
| *ER Mand 5% s | | | 92.31 | | 632.32 |
| Sick | | 0.00 | 0.00 | 8.00 | 184.62 |
| Holiday | | 0.00 | 0.00 | 48.00 | 1,107.70 |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 114.46 | 784.06 |
| MED EE | 26.77 | 183.37 |
| FEDERAL WH | 68.15 | 452.60 |
| PA WH | 56.68 | 388.26 |
| PHILADELPHIA | 69.05 | 474.05 |
| PA SUI EE | 1.29 | 8.85 |

**DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| EE Mand 5% s | 92.31 | 632.32 |
| 403(b) Roth | 18.46 | 110.76 |
| 403b pretax | 18.46 | 110.76 |

| Total: | 80.00 | 1,846.15 | 548.00 | 12,646.15 | Total: | 336.40 | 2,291.19 | Total: | 129.23 | 853.8 |

**CURRENT PERIOD LEAVE ACCRUAL**

**DISTRIBUTION OF NET PAY**

| | Account: ####6591 | Deposit Amount: | 1,380. |
|---|---|---|---|
| Checking | | | |



| Statement of Earnings For: | Lissa C Cole | | | | Laboratory Charter School of |
|---|---|---|---|---|---|
| Period Begin | 5/31/2025 | Company Id | CC25 | Employee Number | 926 W Sedgley Avenue |
| Period End | 6/13/2025 | Department | 2380 | Pay Group  Bi-Weekly | Philadelphia, PA 19140 |
| Check Date | 6/18/2025 | 10/12 Mo EE | 12 Mo EE | | |
| Federal Filing | Married Filing | Res State PA | | PA Exemptions | PA Additional |
| Fed Exempts | | Work State PA | | | |
| Fed Additional | $10.00 | Local Filing | PSD Code: 510101 | Local Exemptions | Local Additional |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V5830520 | $0.00 | $1,846.15 | $1,380.34 | |

### EARNINGS  *Not included in Totals  ^Hrs/Units = Units (Units not included in Totals)

| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Units | YTD Dollars |
|---|---|---|---|---|---|
| Regular | 23.0769 | 76.00 | 1,753.84 | 332.00 | 7,661.53 |
| Sick | 23.0769 | 4.00 | 92.31 | 8.00 | 184.62 |
| *ER Mand 5% s | | | 92.31 | | 447.70 |
| Holiday | | | 0.00 | 48.00 | 1,107.70 |
| **Total:** | | **80.00** | **1,846.15** | **388.00** | **8,953.85** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 114.46 | 555.14 |
| MED EE | 26.77 | 129.83 |
| FEDERAL WH | 68.15 | 316.30 |
| PA WH | 56.68 | 274.90 |
| PHILADELPHIA | 69.23 | 335.77 |
| PA SUI EE | 1.29 | 6.27 |
| **Total:** | **336.58** | **1,618.21** |

### DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| EE Mand 5% s | 92.31 | 447.70 |
| 403(b) Roth | 18.46 | 73.84 |
| 403b pretax | 18.46 | 73.84 |
| **Total:** | **129.23** | **595.38** |

### CURRENT PERIOD LEAVE ACCRUAL

### DISTRIBUTION OF NET PAY

| | Account: | Deposit Amount: |
|---|---|---|
| Checking | ####6591 | 1,380.34 |

**Statement of Earnings For:** Lissa C Cole

**Laboratory Charter School of**
926 W Sedgley Avenue
Philadelphia, PA 19140

| | | | | | |
|---|---|---|---|---|---|
| Period Begin | 5/17/2025 | Company Id | CC25 | Employee Number | |
| Period End | 5/30/2025 | Department | 2380 | Pay Group | Bi-Weekly |
| Check Date | 6/4/2025 | 10/12 Mo EE | 12 Mo EE | | |
| Federal Filing | Married Filing | Res State PA | | PA Exemptions | PA Additional |
| Fed Exempts | | Work State PA | | | |
| Fed Additional | $10.00 | Local Filing | PSD Code: 510101 | Local Exemptions | Local Additional |

| Voucher | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V5002167 | $0.00 | $1,846.16 | $1,380.34 | |

**EARNINGS** — Hrs/Units = Units (Units not included in Totals)

| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Units | YTD Dollars |
|---|---|---|---|---|---|
| Regular | 23.0769 | 72.00 | 1,661.54 | 256.00 | 5,907.69 |
| Holiday | 23.0769 | 8.00 | 184.62 | 48.00 | 1,107.70 |
| *ER Mand 5% s | | | 92.31 | | 355.39 |
| Sick | | | 0.00 | 4.00 | 92.31 |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 114.46 | 440.68 |
| MED EE | 26.77 | 103.06 |
| FEDERAL WH | 68.15 | 248.15 |
| PA WH | 56.68 | 218.22 |
| PHILADELPHIA | 69.23 | 266.54 |
| PA SUI EE | 1.30 | 4.98 |

**DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| EE Mand 5% s | 92.31 | 355.39 |
| 403(b) Roth | 18.46 | 55.38 |
| 403b pretax | 18.46 | 55.3 |

## Statement of Earnings — Marissa C Cole

| Period Begin | 5/3/2025 | Company Id | CC25 | Employee Number | [redacted] | Laboratory Charter School of |
|---|---|---|---|---|---|---|
| Period End | 5/16/2025 | Department | 2380 | Pay Group | Bi-Weekly | 926 W Sedgley Avenue |
| Check Date | 5/21/2025 | 10/12 Mo EE | 12 Mo EE | | | Philadelphia, PA 19140 |
| Federal Filing | Married Filing | Res State PA | | | | |
| Fed Exempts | | Work State PA | | | | PA Exemptions |
| Fed Additional | $10.00 | Local Filing | PSD Code: 510101 | | | PA Additional |
| | | | | | | Local Exemptions |
| | | | | | | Local Additional |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V5774469 | $0.00 | $1,846.15 | $1,380.33 | |

### EARNINGS
*Not included in Totals    ^Hrs/Units = Units (Units not included in Totals)

| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Units | YTD Dollars |
|---|---|---|---|---|---|
| Regular | 23.0769 | 76.00 | 1,753.84 | 184.00 | 4,246.15 |
| Sick | 23.0769 | 4.00 | 92.31 | 4.00 | 92.31 |
| *ER Mand 5% s | | | 92.31 | | 263.08 |
| Holiday | | 0.00 | 0.00 | 40.00 | 923.08 |
| **Total:** | | 80.00 | 1,846.15 | 228.00 | 5,261.54 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 114.47 | 326.22 |
| MED EE | 26.77 | 76.29 |
| FEDERAL WH | 68.15 | 180.00 |
| PA WH | 56.68 | 161.54 |
| PHILADELPHIA | 69.23 | 197.31 |
| PA SUI EE | 1.29 | 3.68 |
| **Total:** | 336.59 | 945.04 |

### DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| EE Mand 5% s | 92.31 | 263.08 |
| 403(b) Roth | 18.46 | 36.92 |
| 403b pretax | 18.46 | 36.92 |
| **Total:** | 129.23 | 336.92 |

### CURRENT PERIOD LEAVE ACCRUAL

### DISTRIBUTION OF NET PAY

| | Account | Deposit Amount |
|---|---|---|
| Checking | ####6591 | 1,380.33 |