IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Lissa Carmell Cole<br>    Debtor, | BANKRUPTCY CASE NUMBER<br>25-13049-djb |
| Midwest Loan Services as servicer for<br>FREEDOM CREDIT UNION<br>    Movant.<br>v. | CHAPTER 13 |
| Lissa Carmell Cole<br>    Debtor/Respondent, | |
| Kenneth E. West, Office of the Chapter 13<br>Standing Trustee, Trustee<br>    Additional Respondent. | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

Pursuant to Bankruptcy Rules 2002 and 9007, Bankruptcy Code §§102(1), 342, and 1109(b), FREEDOM CREDIT UNION requests special notice of all matters which must be noticed to creditors, equity security holders, any creditors or other committees, and any other parties in interest whether sent by the Court, the Debtor, the Trustee, or any other party.  This request includes not only the notices and papers referred to in the Rules above, but also includes, without limitation, Orders and notice of any Application, Motion, Petition, Pleading, Request, Complaint, and demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, telegraph, telex, facsimile or otherwise.

|  |  |
|---|---|
| Dated:  September 2, 2025 | Respectfully submitted,<br>BY:/s/ Christopher A. DeNardo<br>Christopher A. DeNardo, 78447<br>Heather Riloff, 309906<br>Leslie J. Rase, 58365<br>LOGS Legal Group LLP<br>985 Old Eagle School Road, Suite 514<br>Wayne, PA 19087<br>(610) 278-6800<br>logsecf@logs.com |

LLG File #: 25-072627

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Lissa Carmell Cole<br>    Debtor, | BANKRUPTCY CASE NUMBER<br>25-13049-djb |
| Midwest Loan Services as servicer for<br>FREEDOM CREDIT UNION<br>    Movant.<br>v.<br><br>Lissa Carmell Cole<br>    Debtor/Respondent,<br><br>Kenneth E. West, Office of the Chapter 13<br>Standing Trustee, Trustee<br>    Additional Respondent. | CHAPTER 13 |

## CERTIFICATE OF SERVICE

    I, Christopher A. DeNardo, an employee of the law firm of LOGS Legal Group LLP hereby certify that I caused to be served true and correct copies of Entry of Appearance and Request for Notice by First Class Mail, postage prepaid, at the respective last known address of each person set forth below on this 2nd day of September, 2025:

Lissa Carmell Cole
6822 N Gratz St
Philadelphia, PA 19126

Michael A. Cibik, Esquire, Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102
mail@cibiklaw.com - VIA ECF

Kenneth E. West, Office of the Chapter 13 Standing Trustee, Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
ecfemails@ph13trustee.com - VIA ECF

    I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

<u>/s/ Christopher A. DeNardo</u>
Christopher A. DeNardo, 78447
Heather Riloff, 309906
Leslie J. Rase, 58365
LOGS Legal Group LLP
985 Old Eagle School Road, Suite 514
Wayne, PA 19087
(610) 278-6800
logsecf@logs.com