# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA
## Philadelphia Division

| | |
|---|---|
| Lissa Carmell Cole,<br><br>　　　　　　　　　　Debtor. | Case No. 25-13049-DJB<br>Chapter 13 |

## Certificate of Service

　　I, Michael A. Cibik, certify that on October 13, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- First Amended Chapter 13 Plan

　　I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated below.

Date: October 13, 2025

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
Method of Service: CM/ECF

**Kenneth E. West**
Chapter 13 Trustee
190 N. Independence Mall West, Suite 701
Philadelphia, PA 19106
Method of Service: CM/ECF

**JPMorgan Chase Bank, N.A.**
National Bankruptcy Dept.
700 Kansas Lane, LA4-5599
Monroe, LA 71203
Method of Service: CM/ECF

**The Huntington National Bank**
PO Box 89424
Cleveland, OH 44101-8539
Method of Service: First Class Mail

**PennyMac Loan Services, LLC**
P.O. Box 2410
Moorpark, CA 93020
Method of Service: First Class Mail