# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
### Philadelphia Division

| | |
|---|---|
| Lissa Carmell Cole,<br><br>                    Debtor. | Case No. 25-13049-DJB<br>Chapter 13 |

## Certificate of Service

I, Michael A. Cibik, certify that on October 14, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Chapter 13 Plan (ECF No. 6)

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated below.

Date: October 14, 2025

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building 900 Market Street
Suite 320
Philadelphia, PA 19107

**Kenneth E. West**
Chapter 13 Trustee
190 N. Independence Mall West, Suite 701 Philadelphia, PA 19106

**Barclays Bank Delaware**
Attn: Bankruptcy
125 S West St
Wilmington, DE 19801-5014

**Capital One**
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

**City of Philadelphia**
c/o City of Philadelphia
Municipal Services Building
1401 John F Kennedy Blvd, Fl 5
Philadelphia, PA 19102-1617

**City of Philadelphia**
Parking Violation Branch
PO Box 41819
Philadelphia, PA 19101-1819

**Gerald T. Cole**
6822 N Gratz St
Philadelphia, PA 19126-2614

**Comenity Bank/Victoria Secret**
Attn: Bankruptcy
PO Box 182125
Columbus, OH 43218

**Freedom Credit Union**
PO Box 209
Hancock, MI 49930

**Internal Revenue Service**
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

**Jefferson Health**
Attn: Bankruptcy
PO Box 1123
Minneapolis, MN 55440

**Levelone/mls**
400 Quincy St
Hancock, MI 49930

**Mohela**
Attn: Bankruptcy
633 Spirit Dr
Chesterfield, MO 63005-1243

**PECO Energy Company**
2301 Market St
Philadelphia, PA 19103-1338

**Pennsylvania Attorney General**
16th Floor, Strawberry Square
Harrisburg, PA 17120-0001

**Pennsylvania Department of Revenue**
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

**Pennsylvania Office of General Counsel**
333 Market St Fl 17
Harrisburg, PA 17101-2210

**PGW**
Legal - Bankruptcy Unit
800 W Montgomery Ave Fl 3
Philadelphia, PA 19122-2806

**Philadelphia Municipal Court**
Traffic Division
800 Spring Garden St
Philadelphia, PA 19123-2616

**Philadelphia Parking Authority**
Bankruptcy Department
701 Market St
Philadelphia, PA 19106-1538

**PSECU**
Attention: Bankruptcy
PO Box 67013
Harrisburg, PA 17106

**Synchrony Bank/Amazon**
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896

**Synchrony Bank/Gap**
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896

**Synchrony Bank/QVC**
Attn: Bankruptcy
PO Box 965065
Orlando, FL 32896-5065

**Synchrony Bank/Sams**
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896

**U.S. Attorney, Eastern District of Pa.**
615 Chestnut St Ste 1250
Philadelphia, PA 19106-4404

**Method of Service – First Class Mail (continued):**

**U.S. Department of Justice**
Attorney General
PO Box 683
Washington, DC 20044-0683

**Wells Fargo Bank NA**
Attn: Bankruptcy
1 Home Campus MAC X2303-01A 3rd Floor
Des Moines, IA 50328