**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
Philadelphia Division

| | |
|---|---|
| Lissa Carmell Cole,<br><br>                                    Debtor. | Case No. 25-13049-DJB<br>Chapter 13 |

**Certificate of Service**

    I, Michael A. Cibik, certify that on November 10, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Third Amended Chapter 13 Plan

    I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated below.

Date: November 10, 2025

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building 900 Market Street
Suite 320
Philadelphia, PA 19107

**Kenneth E. West**
Chapter 13 Trustee
190 N. Independence Mall West, Suite 701
Philadelphia, PA 19106

**Freedom Credit Union**
PO Box 209
Hancock, MI 49930

Barclays Bank Delaware
Attn: Bankruptcy
125 S West St
Wilmington, DE 19801-5014

Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

City of Philadelphia
c/o City of Philadelphia
Municipal Services Building
1401 John F Kennedy Blvd Fl 5
Philadelphia, PA 19102-1617

City of Philadelphia
Parking Violation Branch
PO Box 41819
Philadelphia, PA 19101-1819

Comenity Bank/Victoria Secret
Attn: Bankruptcy
PO Box 182125
Columbus, OH 43218

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

**Jefferson Health**
Attn: Bankruptcy
PO Box 1123
Minneapolis, MN 55440

**Levelone/mls**
400 Quincy St
Hancock, MI 49930

**Mohela**
Attn: Bankruptcy
633 Spirit Dr
Chesterfield, MO 63005-1243

**PECO Energy Company**
2301 Market St
Philadelphia, PA 19103-1338

**Pennsylvania Attorney General**
16th Floor, Strawberry Square
Harrisburg, PA 17120-0001

Pennsylvania Department of Revenue
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

Pennsylvania Office of General Counsel
333 Market St Fl 17
Harrisburg, PA 17101-2210

PGW
Legal - Bankruptcy Unit
800 W Montgomery Ave Fl 3
Philadelphia, PA 19122-2806

**Philadelphia Municipal Court**
Traffic Division
800 Spring Garden St
Philadelphia, PA 19123-2616

**Philadelphia Parking Authority**
Bankruptcy Department
701 Market St
Philadelphia, PA 19106-1538

**PSECU**
Attention: Bankruptcy
PO Box 67013
Harrisburg, PA 17106

**Synchrony Bank/Amazon**
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896

**Synchrony Bank/Gap**
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896

**Synchrony Bank/QVC**
Attn: Bankruptcy
PO Box 965065
Orlando, FL 32896-5065

**Synchrony Bank/Sams**
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896

**U.S. Attorney, Eastern District of Pa.**
615 Chestnut St Ste 1250
Philadelphia, PA 19106-4404

I "G"¨8YdUfha Ybh¨cZ¨>i gh]W
5hhcfbYm¦; YbYfU`
DC ¨6cl ¨*¨'
K Ug\]b[ hcbž¨87 ¨&$$((!$*¨'

K Y``g¨: Uf[ c¨6Ub_ ¨B5
5hhb. ¨6Ub_fi dhWm
%¨<ca Y¨7Ua di g¨A 57 ¨L&' $' !$%5¨' fX¨: `ccf
8Yg¨A c]bYgž¨=5 ) $' &,