## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------x
In re:                                                   :
                                                         :     Chapter 13
Lissa Carmell Cole                                       :
                                                         :     Bankruptcy No. 25-13049
                        Debtors.                         :
---------------------------------------------------------x

### PRAECIPE TO WITHDRAW PROOF OF CLAIM

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw Proof of Claim number 6-1 filed by the Water Revenue Bureau on December 5, 2025 in the amount of $78.38.

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: December 22, 2025     **By:**     */s/ Pamela Elchert Thurmond*
PAMELA ELCHERT THURMOND
Senior Attorney
PA Attorney I.D. 202054
City of Philadelphia Law Department
1401 JFK Blvd., 5th Floor
Philadelphia, PA  19102-1595
215-686-0508 (phone)
215-686-0588 (facsimile)
Email: Pamela.Thurmond@phila.gov