United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 25-13049-djb
Lissa Carmell Cole  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3
Date Rcvd: Jan 22, 2026      Form ID: 155      Total Noticed: 33

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 24, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Lissa Carmell Cole, 6822 N Gratz St, Philadelphia, PA 19126-2614 |
| 15046039 | + | Freedom Credit Union, C/O Christopher A. DeNardo, 985 Old Eagle School Road, Ste. 514, Wayne, PA 19087-1712 |
| 15035444 | | Gerald T. Cole, 6822 N Gratz St, Philadelphia, PA 19126-2614 |
| 15035447 | + | Levelone/mls, 400 Quincy St, Hancock, MI 49930-1839 |
| 15035450 | | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 15035454 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 15035462 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |
| 15046940 | | US Department of Education/MOHELA, 633 Spirit Dr. Chesterfield, MO 63005 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15035438 | | Email/Text: BarclaysBankDelaware@tsico.com | Jan 23 2026 00:48:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 S West St, Wilmington, DE 19801-5014 |
| 15081037 | | Email/Text: megan.harper@phila.gov | Jan 23 2026 00:48:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 191021595 |
| 15035440 | | Email/Text: megan.harper@phila.gov | Jan 23 2026 00:48:00 | City of Philadelphia, c/o City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 15035439 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 23 2026 00:51:43 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15035441 | | Email/Text: bankruptcy@philapark.org | Jan 23 2026 00:48:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 15035442 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 23 2026 00:48:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 15051285 | + | Email/Text: bankruptcy@midwestloanservices.com | Jan 23 2026 00:48:00 | FREEDOM CREDIT UNION, PO Box 209, Hancock , MI 49930-0209 |
| 15045619 | + | Email/Text: bankruptcy@midwestloanservices.com | Jan 23 2026 00:48:00 | FREEDOM CREDIT UNION, PO Box 209, 6th Floor, Hancock , MI 49930-0209 |
| 15035443 | + | Email/Text: ELDABBASM@FREEDOMCU.ORG | Jan 23 2026 00:48:00 | Freedom Credit Union, Attn: Bankruptcy, 626 Jacksonville Road , Suite 250, Warminster, PA 18974-4862 |
| 15035445 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 23 2026 00:48:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15035446 | + | Email/Text: BNCnotices@dcmservices.com | Jan 23 2026 00:48:00 | Jefferson Health, Attn: Bankruptcy, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15035448 | | Email/Text: EBN@Mohela.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 22, 2026 | Form ID: 155 | Total Noticed: 33 |

| | | | Jan 23 2026 00:48:00 | Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
|---|---|---|---|---|
| 15035449 | + | Email/Text: bankruptcygroup@peco-energy.com | Jan 23 2026 00:48:00 | PECO Energy Company, 2301 Market St, Philadelphia, PA 19103-1380 |
| 15035453 | ^ | MEBN | Jan 23 2026 00:46:17 | PGW, Legal - Bankruptcy Unit, 800 W Montgomery Ave Fl 3, Philadelphia, PA 19122-2806 |
| 15052274 | + | Email/Text: bankruptcynotices@psecu.com | Jan 23 2026 00:48:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 15035456 | + | Email/Text: bankruptcynotices@psecu.com | Jan 23 2026 00:48:00 | PSECU, Attention: Bankruptcy, PO Box 67013, Harrisburg, PA 17106-7013 |
| 15035451 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 23 2026 00:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15035452 | ^ | MEBN | Jan 23 2026 00:46:38 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 15035455 | | Email/Text: bankruptcy@philapark.org | Jan 23 2026 00:48:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 15035457 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 23 2026 00:51:30 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15035458 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 23 2026 00:51:43 | Synchrony Bank/Gap, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15035459 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 23 2026 00:51:37 | Synchrony Bank/QVC, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 15035460 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 23 2026 00:51:43 | Synchrony Bank/Sams, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15035461 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 23 2026 00:48:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 15035463 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Jan 23 2026 00:51:30 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus MAC X2303-01A 3rd Floor, Des Moines, IA 50328-0001 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Jan 24, 2026 | Signature: | /s/Gustava Winters |
|---|---|---|

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jan 22, 2026 | Form ID: 155 | Total Noticed: 33 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 22, 2026 at the address(es) listed below:**

**Name**          **Email Address**

CHRISTOPHER A. DENARDO
  on behalf of Creditor Freedom Credit Union logsecf@logs.com

KENNETH E. WEST
  ecfemails@ph13trustee.com philaecf@gmail.com

MICHAEL A. CIBIK
  on behalf of Debtor Lissa Carmell Cole help@cibiklaw.com
  noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

PAMELA ELCHERT THURMOND
  on behalf of Creditor Water Revenue Bureau pamela.thurmond@phila.gov

United States Trustee
  USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Lissa Carmell Cole )   Case No. 25−13049−djb
)
)
Debtor(s). )   Chapter: 13
)
)

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

   **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

   **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

   **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

   **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: January 22, 2026                                                                             For The Court

                                                                                                 Derek J Baker
                                                                                                 Judge, United States Bankruptcy Court